UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Feb 20, 2025
KELLY L. STEPHENS, Clerk

No. 24-5197

UNITED STATES OF AMERICA,

     Plaintiff-Appellee,

v.

CRYSTAL COMPTON, D.O.,

     Defendant-Appellant.

Before:  NORRIS, MOORE, and READLER, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Eastern District of Kentucky at Pikeville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Kelly L. Stephens, Clerk