# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-5197

_____

Filed: March 14, 2025

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

CRYSTAL COMPTON, D.O.

    Defendant - Appellant

## MANDATE

    Pursuant to the court's disposition that was filed 02/20/2025 the mandate for this case hereby issues today.

COSTS: None