**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: March 14, 2025

Mr. Robert R. Carr
Eastern District of Kentucky at Pikeville
110 Main Street
Suite 203 Federal Building
Pikeville, KY 41501-1144

      Re:  Case No. 24-5197, *USA v. Crystal Compton*
             Originating Case No. 7:22-cr-00007-1

Dear Mr. Carr,

    Enclosed is a copy of the mandate filed in this case.

                                                           Sincerely,

                                                             s/Abby Hahn
                                                             for Robin Baker, Case Manager

cc:  Mr. Sebastian M. Joy
      Mr. Andrew E. Smith
      Mr. Charles P. Wisdom Jr.

Enclosure